**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**U.S. BANK NATIONAL ASSOCIATION, N.A.**                                    **PLAINTIFF**

**v.**                                    **NO. 4:11CV00123 JMM**

**ELENDER ESCROW, INC., ET AL.**                                    **DEFENDANTS**

**ORDER**

For good cause shown, defendant Shelley Hickson's Motion to Stay or Extend Deadlines

is granted (#147).    The initial scheduling order deadlines set for the Rule 26(f) Conference and

Rule 26(f) Report are stayed until the Court has ruled on the pending Motions to Dismiss.

Should it become necessary, the Court will enter an Order setting new Rule 26(f) deadlines.

IT IS SO ORDERED this   26   day of July, 2011.


_____
James M. Moody
United States District Judge