UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

U.S. BANK NATIONAL ASSOCIATION, ND                                PLAINTIFF

V.                          NO. 4:11-cv-00123 JMM
                  Related Case: 4:10-cv-00293 JMM

ELENDER ESCROW, INC, et al                                       DEFENDANTS

ORDER

The parties in these cases have reached a settlement.  One element of the settlement agreement is that four defendants have agreed to pay an aggregate total of $650,000 to U S Bank National Association ND.[1]  To facilitate full execution of the settlement agreement, the paying parties are to deposit their respective shares into the registry of the Court.  Each party's check must be made payable to "Clerk, United States District Court for the Eastern District of Arkansas," and must reference both case numbers.

The Clerk is directed to accept these funds for deposit, invest them in an interest bearing account until additional orders from the Court, and to deduct from the income earned on the investment a fee not to exceed that authorized by the

---

[1] It is understood that no party, by agreeing to make such payment, admits liability, but rather the agreement is made to settle disputed claims.

Judicial Conference of the United States and set by the Director of the Administrative Office.

IT IS SO ORDERED this 18th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE